IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

MARTIN CRESPO-ANDINO
Defendant

CRIMINAL 11-0361CCC

**ORDER**

Having considered the Report and Recommendation filed on September 23, 2011 (**docket entry 7**) on a Rule 11 proceeding of defendant Martín Crespo-Andino held before U.S. Magistrate Judge Marcos E. López on September 21, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Crespo-Andino is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 21, 2011. The **sentencing hearing is set for December 20, 2011 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 13, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge